```
 1  JOHN T. KENDALL
    Trustee
 2  2601 Blanding Avenue
    Bldg #C, Ste 110
 3  Alameda, CA  94501
    (510)523-9821
 4
```

RECEIVED FILED
JUN 15 2011    JUN 13 2011
BANKRUPTCY COURT    UNITED STATES BANKRUPTCY COURT
OAKLAND, CALIFORNIA    SAN FRANCISCO, CA

```
 5           UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF CALIFORNIA
 6

 7  IN RE:                    )  CASE NO.  08-43866
                              )
 8  JOHN MCDERMOTT             )  Chapter 7
    STEPHANIE MCDERMOTT,      )
 9                             )  NOTICE OF UNCLAIMED
              Debtor.          )  DIVIDENDS
10  _____)

11  TO THE CLERK, UNITED STATES BANKRUPTCY COURT

12      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
    Trustee in the above captioned case hereby turns over to the
13  Court, unclaimed dividends in the amount of $36,637.54.  The
    name(s) and address(es) of the claimants entitled to the
14  unclaimed dividends are as follows:

15  Claim # Name & Address of Claimant   Claim Amount   Dividend Amount

16       (See Attached Schedule)

17

18                          Total Unclaimed Dividends $36,637.54

19
    Dated: June 10, 2011         /s/ John T. Kendall
20                               JOHN T. KENDALL, Trustee
```

Case: 08-43866    Doc# 54    Filed: 06/13/11    Entered: 06/17/11 15:11:29    Page 1 of 2

# UNCLAIMED, UNDELIVERABLE, & SMALL DIVIDEND CHECKS

**CASE NAME: JOHN MCDERMOTT**

**CASE NUMBER:** 08-43866

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT FILED | UNCLAIMED FUNDS |
|---|---|---|---|
| #1 | Harris Ranch Beef Co. c/o Walter Wilhem Law Group 7110 N. Fresno St. Suite 400 Fresno CA 93720 | $400,160.65 | $36,637.54 |
| | Total Amount | | $36,637.54 |