The following constitutes
the order of the court. Signed August 27, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:  )
John McDermott  )  Case No. 08-43866
Stephanie McDermott  )
  )  Chapter No. 7
  )
  )
Debtor  )  ORDER TO PAY UNCLAIMED FUNDS
  )

It appearing that the check(s) made payable to

Harris Ranch Beef Co.                                       in the total amount

of $ 36,637.54          was not cashed within the 90 day limit and an unclaimed money report was

entered on 06/13/2011            to close the account and transfer the monies to the Clerk, U. S.

Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Harris Ranch Beef Co.             is now claiming the above

monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $ 36,637.54      to the

order of Harris Ranch Beef Co.

and mail to Harris Ranch Beef Co.
P.O. Box 220
Selma, CA 93662

**End of Order**
**No Service List Requested**